# SUPREME COURT OF HAWAI'I

## March 30, 1998

| | | |
|---|---|---|
| 20780 | Doe, In Interest of | Affirmed |
| 20862 | Doe, In Interest of | Affirmed |
| 20925 | State v. Santos | Affirmed |

## March 31, 1998

| | | |
|---|---|---|
| 20312 | Department of Hawaiian Home Lands v. Mahi | Affirmed |
| 19724 | Kaku v. Bedford Development Inc. | Vacated and Remanded in part, and Affirmed in part * |
| 20087 | State v. Bairty | Affirmed |
| 20789 | State v. Kaahanui | Affirmed |

## April 1, 1998

| | | |
|---|---|---|
| 20808 | State v. Wong | Affirmed |

## April 15, 1998

| | | |
|---|---|---|
| 20346 | Alonzo v. Kapiolani Medical Center at Pali Momi | Affirmed |
| 20359 | Borges v. State Dept. of Public Safety | Affirmed |
| 20384 | Deslondes v. Administrative Director of the Courts, State of Hawai'i | Affirmed |
| 20209 | Fletcher Pacific Construction Co., Ltd. v. First Hawaiian Bank | Affirmed |
| 20404 | Michaud v. Kihei Rent A Car Co. | Affirmed |
| 20306 | State v. Machado | Affirmed |

## April 16, 1998

| | | |
|---|---|---|
| 20408 | Qiao v. Kong | Affirmed |
| 20395 | State v. Lee | Affirmed |

## April 22, 1998

| | | |
|---|---|---|
| 19810 | State v. Darick | Affirmed |

## April 23, 1998

| | | |
|---|---|---|
| 20378 | State v. Namelo | Affirmed |

* As clarified May 21, 1998.